Adam P. Segal, Esq.
Nevada Bar No. 6120
Ryan C. Curtis, Esq.
Nevada Bar No. 12949
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 Suite City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135
Email: asegal@bhfs.com
Email: rcurtis@bhfs.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST, | Case No. 2:13-cv-00160-GMN-VCF |
| Plaintiffs, | **REQUEST TO DISMISS CLAIMS AGAINST MCCARTHY BUILDING COMPANIES, INC. WITHOUT PREJUDICE** |
| vs. | **<u>AND ORDER</u>** |
| SIX STAR CLEANING & CARPET SERVICE, INC., a Nevada corporation; BURKE CONSTRUCTION GROUP, INC., a Nevada corporation; CBRE, INC., a Delaware corporation; CLARK CONSTRUCTION GROUP, LLC, a Maryland limited liability company; M & H ENTERPRISES, INC., a Nevada corporation; McCARTHY BUILDING COMPANIES, INC., a Missouri corporation; MIG WEST, INC., a Nevada corporation; M.M.C., INC., a Nevada corporation; SHAWMUT DESIGN AND CONSTRUCTION, a Massachusetts | |

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

Case 2:13-cv-00160-JAD-VCF   Document 51   Filed 07/31/13   Page 2 of 2

1  corporation; THOR CONSTRUCTION,
   INC., a Minnesota corporation; TISHMAN
2  CONSTRUCTION CORPORATION OF
   NEVADA, a Nevada corporation; TUTOR
3  PERINI BUILDING CORP., an Arizona
   corporation; TRE BUILDERS, LLC, a
4  Nevada limited liability company; and,
   WHITING BROS. CONSTRUCTION CO., a
5  Nevada corporation.

6                                    Defendants.

7

8          Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs, the Boards of Trustees of

9  the Construction Industry and Laborers Health and Welfare Trust, the Construction Industry and

10 Laborers Joint Pension Trust, the Construction Industry and Laborers Vacation Trust, and the

11 Southern Nevada Laborers Local 872 Training Trust (collectively "Trust Funds"), hereby request

12 that the Court dismiss Defendant McCarthy Building Companies, Inc., without prejudice, each

13 party to bear its own attorneys' fees and costs.

14 Dated: July 31, 2013              BROWNSTEIN HYATT FARBER SCHRECK, LLP

15

16                                   /s/ Ryan C. Curtis
                                     Adam P. Segal, Esq.
17                                   Nevada Bar No. 6120
                                     Ryan C. Curtis, Esq.
18                                   Nevada Bar No. 12949
                                     100 North City Parkway, Suite 1600
19                                   Las Vegas, Nevada 89106-4614
                                     Telephone:  (702) 382-2101
20                                   Facsimile:   (702) 382-8135

21

22                                   Attorneys for Plaintiffs

23                                   **ORDER**

24                                   **IT IS SO ORDERED.**

25

26                                   _____

27                                   Gloria M. Navarro
                                     United States District Judge
28
                                     **DATED:  07/31/2013**

020052\0256\10616255.1                            2

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101