| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | FENNEMORE CRAIG, P.C.<br>Patrick J. Sheehan, Esq. (Bar No. 3812)<br>1400 Bank of America Plaza<br>300 South Fourth Street<br>Las Vegas, Nevada 89101<br>Telephone:  (702) 692-8000<br>Facsimile:  (702) 692-8099<br>Email:  psheehan@fclaw.com<br>Attorneys for Defendant CBRE, Inc. |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS HEALTH AND WELFARE TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS JOINT PENSION TRUST; THE BOARD OF TRUSTEES OF THE CONSTRUCTION INDUSTRY AND LABORERS VACATION TRUST; THE BOARD OF TRUSTEES OF THE SOUTHERN NEVADA LABORERS LOCAL 872 TRAINING TRUST,<br><br>            Plaintiff,<br><br>vs.<br><br>SIX STAR CLEANING & CARPET SERVICE, INC., a Nevada corporation; BURKE CONSTRUCTION GROUP, INC., a Nevada corporation; CBRE, INC., a Delaware corporation; CLARK CONSTRUCTION GROUP, LLC, a Maryland limited liability company; M & H ENTERPRISES, INC., a Nevada corporation; McCARTHY BUILDING COMPANIES, INC., a Missouri corporation; MIG WEST, INC., a Nevada corporation; M.M.C., INC., a Nevada corporation; SHAWMUT DESIGN AND CONSTRUCTION, a Massachusetts corporation; THOR CONSTRUCTION, INC., a Minnesota corporation; TISHMAN CONSTRUCTION CORPORATION OF NEVADA, a Nevada corporation; TUTOR PERINI BUILDING CORP., an Arizona corporation; TRE BUILDERS, LLC, a Nevada limited liability company; and WHITING BROS. CONSTRUCTION CO., a Nevada corporation.<br><br>            Defendants. | **Case No.:**  2:13-cv-00160-JAD-VCF<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

The Plaintiffs by and through their counsel and Defendant CBRE, Inc. hereby agree that the Complaint against CBRE, Inc. shall be dismissed in its entirety each side to bear their own fees and costs.

DATED this 20th day of April, 2015        DATED this 20th day of April, 2015

THE URBAN LAW FIRM                FENNEMORE CRAIG, P.C.

By: /s/ Nathan R. Ring, Esq.              By: /s/ Patrick J. Sheehan, Esq.
Nathan R. Ring, Esq. (Bar No. 12078)        Patrick J. Sheehan, Esq. (Bar No. 3812)
4270 S. Decatur Blvd. #A-9            1400 Bank of America Plaza
Las Vegas, NV 89103              300 South Fourth St. 14th Floor
Attorneys for Plaintiff              Las Vegas, NV 89101
                    Attorneys for CBRE, Inc.

**ORDER**

IT IS SO ORDERED.    Based on the parties' stipulation,

IT IS HEREBY ORDERED this action is DISMISSED with prejudice, each side to bear its own fees and costs.

Dated: April 20, 2015.

_____
UNITED STATES DISTRICT JUDGE

2